IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STAR INSURANCE COMPANY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIV. ACTION NO. 4:21-cv-00850 |
| SPITZER INDUSTRIES, INC., | § | |
| PETROGAS MANPOWER | § | |
| SOLUTIONS, LLC, | § | |
| CURTIS KELLY, INC. | § | |
| HARTFORD FIRE INSURANCE | § | |
| COMPANY, | § | |
| Defendants. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff Star Insurance Company, pursuant to Federal Rules of Civil Procedure, and hereby files this Agreed Motion to Dismiss with Prejudice. In support thereof, Plaintiff respectfully advises the Court that the Parties have entered a confidential settlement agreement and, in connection therewith, Plaintiff hereby move the Court to dismiss this lawsuit with prejudice by executing the agreed order filed contemporaneously with this motion.

WHEREFORE, Plaintiff respectfully requests that this Court sign the order filed contemporaneously with this motion, dismissing the lawsuit with prejudice.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: _/s/ Robert J. Witmeyer_
    **R. BRENT COOPER**
    State Bar No. 04783250
    Southern District Bar No. 18271
    Brent.cooper@cooperscully.com
    **ROBERT J. WITMEYER**

        State Bar No. 24091174
        Southern District Bar No. 260115
        Rob.Witmeyer@cooperscully.com

Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone Number (214) 712-9500
Telecopy Number (214) 712-9540

**ATTORNEYS FOR PLAINTIFF,
STAR INSURANCE COMPANY**

**AGREED TO AS TO FORM AND SUBSTANCE BY:**

  /s/ Marcie L Schout per agreement 3/3/21
Marcie L. Schout
Texas Bar No. 24027960
S.D. Tex. Bar No. 34593
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
 Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
mschout@qslwm.com
ATTORNEY FOR DEFENDANT
HARTFORD FIRE INSURANCE COMPANY

  /s/ Rebecca DiMasi per agreement 3/3/21
Rebecca DiMasi
**SHIDLOFSKY LAW FIRM PLLC**
State Bar No. 24007115
Southern District No. 29641
rebecca@shidlofskylaw.com
7200 N. Mopac Expressway, Suite 430
Austin, Texas 78731
ATTORNEY FOR DEFENDANT
PETROGAS MANPOWER SOLUTIONS, LLC

**PLAINTIFF'S AGREED MOTION TO DISMISS WITH PREJUDICE**      -Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, *via* e-file service, on this 3rd day of March, 2022 pursuant to the Federal Rules of Civil Procedure.

                                                */s/ Robert J. Witmeyer*
                                                **ROBERT J. WITMEYER**