Case 4:21-cv-00850   Document 23   Filed on 03/04/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STAR INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>SPITZER INDUSTRIES, INC.,<br>PETROGAS MANPOWER<br>SOLUTIONS, LLC,<br>CURTIS KELLY, INC.<br>HARTFORD FIRE INSURANCE<br>COMPANY,<br>Defendants. | §<br>§<br>§<br>§<br>§   CIV. ACTION NO. 4:21-cv-00850<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**AGREED ORDER GRANTING STAR INSURANCE COMPANY'S
MOTION TO DISMISS**

On this day came on to be considered Plaintiff Star Insurance Company's Motion to Dismiss the above-captioned case with prejudice. After due consideration, the Court is of the opinion and finds that Star Insurance Company's Motion to Dismiss should be GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is hereby GRANTED in all respects. The above-referenced lawsuit is hereby dismissed with prejudice as to the refiling of same. Each party shall bear its own costs and attorney's fees. This order disposes of all claims and all parties and is final and appealable.

SIGNED this ____4th____ day of ____March____, 2022.

_____
JUDGE PRESIDING

ORDER ON PLAINTIFF'S MOTION TO DISMISS                                -Solo Page